```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ZINDY SHWARTZ,
              Plaintiff,
v.

BARCLAYS BANK DELAWARE, and
EQUIFAX INFORMATION SERVICES, INC.,
              Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 5476 (VB)

      On June 22, 2021, plaintiff Zindy Shwartz commenced the instant action against defendants Barclays Bank Delaware and Equifax Information Services, Inc. (Doc. #1).

      On June 23, 2021, the Clerk of Court issued summonses as to Barclays Bank Delaware. (Doc. #6).

      On June 25, 2021, plaintiff docketed proof of service indicating service on Barclays Bank Delaware on June 24, 2021. (Doc. #9). Accordingly, Barclays Bank Delaware had until July 15, 2021, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

      To date, Barclays Bank Delaware has neither appeared in this action nor answered, moved, or otherwise responded to the complaint.

      Accordingly, provided that Barclays Bank Delaware remains in default, plaintiff is ORDERED to seek a certificate of default as to Barclays Bank Delaware by **August 11, 2021**, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against Barclays Bank Delaware by **August 25, 2021**. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case as to Barclays Bank Delaware without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: July 28, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge