UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ZINDY SHWARTZ,
          Plaintiff,

v.

BARCLAYS BANK DELAWARE, and
EQUIFAX INFORMATION SERVICES, INC.,
          Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 5476 (VB)

      On June 22, 2021, plaintiff Zindy Shwartz commenced the instant action against defendants Barclays Bank Delaware and Equifax Information Services, Inc. (Doc. #1). On June 23, 2021, the Clerk of Court issued summonses as to Barclays Bank Delaware. (Doc. #6). And on June 25, 2021, plaintiff docketed proof of service indicating service on Barclays Bank Delaware on June 24, 2021. (Doc. #9). Accordingly, Barclays Bank Delaware had until July 15, 2021, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

      As of July 28, 2021, Barclays Bank Delaware had not answered, moved, or otherwise responded to the complaint. Accordingly, on July 28, 2021, the Court issued an Order instructing plaintiff to seek a certificate of default as to Barclays Bank Delaware and to move for default judgment against that defendant. (Doc. #15).

      However, on July 29, 2021, plaintiff filed another affidavit of service on the docket, indicating service on Barclays Bank Delaware on July 29, 2021. (Doc. #16). Pursuant to that affidavit of service, Barclays Bank Delaware has until August 19, 2021 to answer, move, or otherwise respond to the complaint.

      Accordingly, because it no longer appears that Barclays Bank Delaware is in default, the Court's July 28, 2021, Order is VACATED. All deadlines set therein are cancelled.

Dated: July 30, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge