UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ZINDY SHWARTZ,

        Plaintiff,

v.

BARCLAYS BANK DELAWARE and
EQUIFAX INFORMATION SERVICES,
INC.,

        Defendants.
--------------------------------------------------------------x

**ORDER OF
PARTIAL DISMISSAL**

21 CV 5476 (VB)

    The Court has been advised plaintiff and defendant Equifax Information Services, Inc., have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed as to Equifax Information Services, Inc. only, without costs, and without prejudice to the right to restore Equifax Information Services, Inc. to the action, provided the application to restore Equifax Information Services, Inc. to the action is made by no later than November 12, 2021. To be clear, any application to restore Equifax Information Services, Inc. to the action must be filed by November 12, 2021, and any application to restore Equifax Information Services, Inc. to the action filed thereafter may be denied solely on the basis that it is untimely.

    The Clerk is instructed to terminate Equifax Information Services, Inc. from the docket.

Dated: September 29, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge